IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PRATT,<br><br>        Plaintiff,<br><br>   v.<br><br>AMERICAN SHIP MANAGEMENT,<br><br>        Defendant.<br>_____/ | No. C 06-06532 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 1, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 31, 2007.

DESIGNATION OF EXPERTS: 10/1/07; REBUTTAL: 10/10/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 31, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by September 28, 2007;

    Opp. Due October 12, 2007; Reply Due October 19, 2007;

    and set for hearing no later than November 2, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 4, 2007 at 3:30 PM.

COURT TRIAL DATE: December 17, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant Anthony Bruno shall be served by February 9, 2007.
This case shall be referred to the Court's mediation program. The session shall occur by the end of May 2007.
This case shall also be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur in October 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                            SUSAN ILLSTON
                                            United States District Judge