BIRNBERG & ASSOCIATES
CORY A. BIRNBERG (SBN 105468)
JOSEPH SALAMA (SBN 212225)
703 Market Street Suite 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Defendant
ANTHONY BRUNO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PRATT, LARRY BURKE, and RANDALL RICE,<br><br>   Plaintiffs,<br><br>vs.<br><br>AMERICAN SHIP MANAGEMENT, LLC, and ANTHONY BRUNO,<br><br>   Defendants.<br>And related cross-claims | Case No. C-06-6532-SI<br><br>[proposed] ORDER GRANTING PERMISSION TO DEFENDANT ANTHONY BRUNO TO APPEAR TELEPHONICALLY AT MEDIATION<br><br>**LR 6-9(d)(4)** |

  The Court is in receipt of the letter from Mr. Birnberg, counsel for Defendant Anthony Bruno, representing that his client, Defendant Bruno, will not be playing a significant role in the resolution of this case, and that his presence in person is not necessary to a successful mediation. Also represented in the letter is that all the parties, including the mediator, are in agreement with this.

///

///

///

///

ORDER PERMITTING DEFENDANT BRUNO TO APPEAR AT MEDIATION TELEPHONICALLY
          -1-           Case No. C-06-6532-SI

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

Having read and considered this letter, IT IS HEREBY ORDERED THAT:

Defendant Anthony Bruno may appear at the mediation in this case by telephone.

IT IS SO ORDERED.

Dated: 4/10/2007

*Wayne D. Brazil*

Honorable Wayne D. Brazil
United States District Court Magistrate Judge

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103

TEL (415) 398-1040
FAX (415) 398-2001